IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | ) ) ) | |
| Plaintiff | ) ) | |
| | ) | CIVIL ACTION |
| v. | ) ) | FILE NO. 5:08-CV-168 (HL) |
| MARY L. ARRINGTON, PERRY L. BRIDGES, and PATSY BRIDGES | ) ) ) | |
| Defendants | ) | |

## ORDER

Having considered the foregoing Consent Motion to Deposit Funds into the Court's Registry and for an Order of Discharge, Dismissal, and Disbursement of Interpleader Funds, for good cause shown and all parties consenting hereto, it is hereby ordered that:

(1) MetLife, a disinterested stakeholder, is hereby authorized and directed to pay into the registry of this Court the sum of $283,500, plus any applicable interest ("FEGLI Benefits"), representing the life insurance benefits payable as a result of the death of Sherry Leigh Bridges under the Federal Employees' Group Life Insurance policy ("FEGLI Policy"), issued by MetLife to the United States Office of Personnel Management pursuant to the Federal Employees' Group Life Insurance Act, 5 U.S.C. §§ 8701 *et seq.* and 5 C.F.R. pt. 870 *et seq.*;

(2)  Upon depositing the FEGLI Benefits payable as a result of the death of Sherry Leigh Bridges, MetLife is hereby dismissed with prejudice from this action, and discharged from any further liability for the FEGLI Benefits;

(3)  Upon MetLife depositing the FEGLI Benefits into the Court's registry, defendants are hereby permanently enjoined and restrained from instituting or prosecuting any other proceeding against MetLife in any state or United States court affecting or involving the FEGLI Benefits payable under the FEGLI Policy by reason of the death of Sherry Leigh Bridges;

(4)  The defendants have agreed to compromise their claim to the FEGLI Benefits as follows: $33,391.69 would be payable to Perry L. Bridges and Patsy Bridges, and the remaining FEGLI Benefits would be payable to Mary L. Arrington.  As such, the defendants agree that an order should be entered authorizing and directing the Clerk of the Court to draw checks on the FEGLI Benefits paid into the registry of the Court as follows:

(a)  the amount of $33,391.69 FEGLI Benefits payable to "Perry L. Bridges and Patsy Bridges and James, Bates, Pope & Spivey LLP, as counsel for Perry L. Bridges and Patsy Bridges," and mailed to Sarah E. White, Esq., James, Bates, Pope & Spivey LLP, Post Office Box 4283, Macon, Georgia 31208-4283, Tax Identification # 582472336; and

(b)  the remainder of the FEGLI Benefits payable to "Mary L. Arrington and Buafo & Associates, as counsel for Mary L. Arrington," and mailed to Bernadette C.

Crucilla, Buafo & Associates, Post Office Box 4012, Macon, Georgia 31208, Tax Identification # 58-1843763.

(5) Upon deposit of the FEGLI Benefits into the Court's registry, the above-referenced civil action is dismissed with prejudice.

This 29th day of August, 2008.

*s/ Hugh Lawson*
HONORABLE HUGH LAWSON
UNITED STATES DISTRICT JUDGE